■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER VILLEGAS, Appellant. [21 NYS3d 888]—Judgments, Supreme Court, New York County (Rena K. Uviller, J.), rendered July 27, 2011, convicting defendant, upon his plea of guilty, of three counts of criminal contempt in the first degree, and sentencing him to an aggregate term of 2²/₃ to 8 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of directing that all sentences be served concurrently, resulting in a new an aggregate term of 1¹/₃ to 4 years, and otherwise affirmed. We find the sentence excessive to the extent indicated. Concur—Acosta, J.P., Andrias, Manzanet-Daniels and Kapnick, JJ.